# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**327**
**KA 10-01050**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                ORDER

SIR RAVEN R., DEFENDANT-APPELLANT.

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ROBERT B. HALLBORG, JR., OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (J. MICHAEL MARION OF COUNSEL), FOR RESPONDENT.

---

Appeal from an adjudication of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered March 2, 2010. Defendant was adjudicated a youthful offender upon his plea of guilty to robbery in the second degree.

It is hereby ORDERED that the adjudication so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827).

Entered:  March 25, 2011                         Patricia L. Morgan
                                                 Clerk of the Court